**FILED**

05/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0232

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0232

| | |
|---|---|
| JAMES DAVID SIMPSON,<br>        Petitioner/Appellant,<br><br>v.<br><br>MUSSELSHELL COUNTY BOARD OF<br>COMMISSIONERS<br>        Respondent/Appellee. | **ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Appellant James David Simpson filed an Unopposed Motion for Extension of Time to file Opening Brief. This Motion has come before the Court, and good cause appears to grant the Motion pursuant to M.R.App.P. 26;

IT IS HEREBY ORDERED that Appellant's Unopposed Motion for Extension of Time to file Opening Brief is GRANTED. Appellant's Opening Brief is due on or before July 6, 2020.


cc: Counsel of Record

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 22 2020